UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| ESTATE OF ELIJAH ISHAM, | : | Case No. 3:24-cv-00142 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| CRAIG RICHARDSON, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This civil rights action is before the Court to consider two recent filings. (Doc. Nos. 11, 12.) Previously, after a series of extensions, the undersigned Magistrate Judge advised Ralph Isham ("Ralph") that she would recommend the case be dismissed unless retained counsel appeared for the plaintiff, the Estate of [Ralph's son] Elijah Isham, by February 24, 2025. (*See* Doc. No. 10.)

Counsel did not appear by February 24, 2025. But two documents filed shortly thereafter suggested that either Ralph or the Estate has retained counsel. (Doc Nos. 11, 12.) The first filing suggested that Attorney Steven Compton of Tennessee would appear *pro hac vice*. (Doc. No. 11.) The second filing suggested that Attorney Compton would soon seek admission to practice before this Court. (Doc. No. 12.) Attorney Compton is, according to these filings, licensed to practice law in Ohio. (*Id*.)

The Court **ORDERS** Attorney Compton to file a "Non-Party's Response" to this Order **within twenty-one (21) days**. The Response must indicate whether Attorney

Compton has indeed been retained to represent the Estate of Elijah Isham as plaintiff in this case. It should also indicate whether Attorney Compton is registered to attend the next Federal Practice Seminar in Dayton, Ohio. *See* [https://www.ohsd.uscourts.gov/attorney-admission](https://www.ohsd.uscourts.gov/attorney-admission) (last visited Mar. 21, 2025). The Court will decide how to proceed after reviewing Attorney Compton's Response.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge